UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CHIANG,<br><br>        Plaintiff,<br><br>    v.<br><br>SABRINA AFIFI,<br><br>        Defendant. | Case No. 24-cv-03242-RFL<br><br>**ORDER TO SHOW CAUSE; ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. Nos. 1, 2 |

      Tina Chiang filed an unlawful detainer action against Sabrina Afifi in the Superior Court of California for the County of Alameda in August 2023. (*See* Dkt. No. 1.) This is Afifi's fourth attempt to remove the case to federal court. (*See* Case Nos. 23-cv-6235-JD, 3:24-cv-01342-JD, 3:24-cv-01665-AMO.) As Afifi was previously advised, no subject matter jurisdiction exists over this action based in state law, and Afifi's claims or defenses cannot form the basis of the Court's jurisdiction. Therefore, the case is **REMANDED** to the Alameda Superior Court, and Afifi's application to proceed *in forma pauperis* is **DENIED AS MOOT**.

      Afifi was also advised that another attempt to remove the same claims may result in an award of fees and costs to Chiang under 28 U.S.C. § 1447(c). (3:24-cv-01342-JD, Dkt. No. 6.) Accordingly, Afifi is ordered to show cause in writing by **June 24, 2024**, why she should not be charged fees and costs under 28 U.S.C. § 1447(c). Chiang may provide any such fees and costs by that same date.

      **IT IS SO ORDERED.**

Dated: June 3, 2024

RITA F. LIN
United States District Judge

1